UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 5:20-cr-012 |
| v. ) | |
| ) | |
| MATTIE MAXWELL ) | |

ORDER TO DISMISS INDICTMENT

The motion of the Government for an order dismissing, without prejudice, the Indictment is GRANTED.

The Indictment against Defendant Mattie Maxwell is hereby dismissed without prejudice.

So ORDERED, this __20__ day of August 2020.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA